**Shannon D. GRIFFITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 90665.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 16, 2008.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., LAWRENCE E. MOONEY and GEORGE W. DRAPER III, JJ.

### ORDER

PER CURIAM.

Shannon Griffith appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 84.16(b)(2).